IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **In re** § | | |
| **PROVIDENCE HOSPITAL OF** § | | Bankruptcy No. 20-34238 |
| **NORTH HOUSTON, LLC,** § | | Chapter 7 |
| *Debtor*; § | | |
| § | | |
| **ALLISON D. BYMAN, CHAPTER 7** § | | |
| **TRUSTEE,** § | | |
| *Plaintiff*, § | | |
| § | | |
| v. § | | Adversary No. 22-03330 |
| § | | |
| **RRL CAPITAL INVESTMENTS, LLC,** § | | |
| *Defendant*. § | | |

**DEFENDANT'S NOTICE OF CONSENT TO THE ENTRY OF FINAL ORDERS
PURUSANT TO BLR 7008-1 AND 7012-1**

TO THE HONORABLE EDUARDO V. RODRIGUEZ:

Defendant, Doctors Hospital 1997 LP d/b/a United Memorial Medical Center ("UMMC") agrees that Plaintiff's claims constitute a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A), (B), and (K). UMMC believes the Bankruptcy Court has the constitutional authority to enter a final judgment in this adversary proceeding, and it consents to the entry of a final judgment by the Bankruptcy Court.

DATED this 6th day of March 2023.

Respectfully Submitted,

**PENDERGRAFT & SIMON, LLP**

/s/ *William P. Haddock*
Leonard H. Simon
 Texas Bar No. 18387400
 S.D. Tex. Adm. No. 8200

William P. Haddock
 Texas Bar No. 00793875
 S.D. Tex. Adm. No. 19637
2777 Allen Parkway, Suite 800
Houston, TX 77019
Tel. (713) 528-8555
Fax. (713) 868-1267

*Counsel for Defendant*

## Certificate of Service

I hereby certify that a true and correct copy of the above Defendant's Notice of Consent to the Entry of Final Orders Purusant to BLR 7008-1 and 7012-1 has been served on the following counsel/parties of record in accordance with the Fed. R. Bankr. P. 7005 and local rules for ECF service on this 6th day of March 2023:

Counsel/parties appearing electronically via ECF:

    Timothy A. Million, Counsel for Plaintiff
    Jameson J. Watts, Counsel for Plaintiff

    /s/ *William P. Haddock*
    William P. Haddock